1  JARED L. PALMER, CA Bar No. 287974
   jared.palmer@ogletree.com
2  CAROLYN B. HALL, CA Bar No. 212311
   carolyn.hall@ogletree.com
3  JENNY J. LIAO, CA Bar No. 337719
   jenny.liao@ogletree.com
4  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
5  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
6  Telephone:  415-442-4810
   Facsimile:   415-442-4870
7

8  ALEXANDER M. CHEMERS, CA Bar No. 263726
   alexander.chemers@ogletree.com
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
10 Los Angeles, CA  90071
   Telephone:  213-239-9800
11 Facsimile:   213-239-9045

12

13 Attorneys for Defendant
   CONCENTRA HEALTH SERVICES, INC.
14
   *[Additional counsel names are found on the next page.]*
15

16             **UNITED STATES DISTRICT COURT**

17             **CENTRAL DISTRICT OF CALIFORNIA**

18

| LUIS RUIZ-VELASCO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-10537 AB (AGRx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 6, 2023<br>Trial Date:         None Set<br>Judge:                Hon. Judge Andre Birotte Jr. |
|---|---|

Case No. 2:23-cv-10537 AB (AGRx)

JOINT NOTICE OF SETTLEMENT

1  Arby Aiwazian, CA Bar No. 269827
2  aa@calljustice.com
   Gabriella Sole, CA Bar No. 346164
3  g.sole@calljustice.com
4  Elizabeth Parker-Fawley, CA Bar No. 301592
   elizabeth@calljustice.com
5  Arman Marukyan, CA Bar No. 327150
6  arman@calljustice.com
   LAWYERS for JUSTICE, PC
7  410 West Arden Avenue, Suite 203
8  Glendale, California 91203
   Telephone:   818-265-1020
9  Facsimile:    818-265-1021

10
   Attorneys for Plaintiff
11 LUIS RUIZ-VELASCO

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff LUIS RUIZ-VELASCO ("Plaintiff") and Defendant CONCENTRA HEALTH SERVICES, INC. ("Defendant") (collectively, the "Parties") submit the following Joint Notice of Settlement.

On January 26, 2024, the Parties reached an agreement to resolve this matter in its entirety. The Parties are in the process of finalizing the settlement documents and expect that this matter will be dismissed within the next 60 days, (*i.e.*, on or before March 29, 2024).

DATED: January 31, 2024    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jared L. Palmer*
JARED L. PALMER
ALEXANDER M. CHEMERS
CAROLYN B. HALL
JENNY J. LIAO
Attorneys for Defendant
CONCENTRA HEALTH SERVICES, INC.

DATED: January 31, 2024    LAWYERS FOR JUSTICE, P.C.

By: */s/ Arman Marukyan*
Arby Aiwazian
Gabriella Sole
Elizabeth Parker-Fawley
Arman Marukyan
Attorneys for Plaintiff
LUIS RUIZ-VELASCO

1 | Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed,
2 | and on whose behalf the filing is submitted, concur in the filing's content and have
3 | authorized the filing.

By: */s/ Jared L. Palmer*
JARED L. PALMER

60273346.v1-OGLETREE